IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Simeon

Printed: 12/16/08

Case Number: 08 B 17205
Judge: Hollis, Pamela S
Filed: 7/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,681.20 |
| Trustee Fee: |  | 118.80 |
| Other Funds: |  | 0.00 |
| Totals: | 1,800.00 | 1,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,500.00 | 1,681.20 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 2,800.00 | 0.00 |
| 4. | Aurora Loan Service | Secured | 46,279.41 | 0.00 |
| 5. | B-Real LLC | Unsecured | 68.80 | 0.00 |
| 6. | Jeffery Leving Ltd | Unsecured | 227.50 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 26.43 | 0.00 |
| 8. | B-Real LLC | Unsecured | 57.80 | 0.00 |
| 9. | Aurora Burlington Credit Union | Secured | | No Claim Filed |
| 10. | Mona Miller | Priority | | No Claim Filed |
| 11. | Aurora Burlington Credit Union | Unsecured | | No Claim Filed |
|  |  |  | $ 52,959.94 | $ 1,681.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 118.80 |
|  | $ 118.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Lewis, Simeon

Printed: 12/16/08

Case Number:  08 B 17205
Judge:  Hollis, Pamela S
Filed:  7/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

